RECEIVED
JUL 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHEILA MAE CHELETTE,<br>Appellant | CIVIL ACTION NO. 11-1860 |
| VERSUS | JUDGE James T. Trimble, Jr. |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's motion for remand (Doc. 14) is GRANTED, the final decision of the Commissioner is REVERSED, and the case is REMANDED, pursuant to the fourth sentence of 42 U.S.C. § 405(g), to the Commissioner of Social Security for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of July, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE